January 10, 2006

DOCKET & FILE

Hon. Kiyo A. Matsumoto
U.S. District Court for Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 17 2006 ★
BROOKLYN OFFICE

Re: John Medina v. Long Island College Hospital, et al.
Docket No. 04 Civ. 3235 (JG)(KAM)

Dear Judge Matsumoto:

I represent the Plaintiff in the above-entitled case, and write (with the authorization of counsel for the Defendants, Mary Hart) in accordance with your order, dated December 29, 2005, concerning the results of the parties' negotiations.

I am pleased to report that the parties have agreed to all the terms of an agreement. The agreement has been signed by the Defendants and will be signed by Plaintiff tomorrow. Thereafter, consistent with the Age Discrimination in Employment Act, 42 U.S.C. 621, following a 7-day waiting period, the agreement will become final, and the parties will file a Stipulation of Discontinuance.

Thank you for your patience and assistance in this case.

Respectfully,

John Ware Upton

cc: Mary Hart, Counsel for Defendants

JOHN WARE UPTON
ATTORNEY AT LAW
70 LAFAYETTE STREET
NEW YORK, NY 10013
212.233.9300 TEL
212.233.9713 FAX

*[Handwritten order:]* Plaintiff's [/Movant's] Stipulation of discontinuance shall be filed on or before 1/31/06. The conference scheduled for 3/1/06 is adjourned without date.

So Ordered.
s/Kiyo Matsumoto
U.S.M.J.
1/11/06

MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT.